**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID DANILO ESPINAL, | ) | CASE NO. CV 11-02217 GW (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| LINDA SANDERS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of DAVID DANILO ESPINAL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 25, 2011

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE